IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON J. HALL, #252 285, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:14-cv-279-MEF |
| ) | |
| ROBERT BENTLEY, *et al.*, ) | |
| ) | 2:14-cv-411-MEF-SRW |
| Defendants. ) | |

# **O R D E R**

Plaintiffs, who are inmates incarcerated at the Ventress Correctional Facility in Clayton, Alabama, filed this *pro se* 42 U.S.C. § 1983 action on April 15, 2014. They allege violations of their Eighth and Fourteenth Amendment rights stemming from alleged systemic deficiencies at the facility including overcrowding, inadequate heating and ventilation, inadequate insect/pest control, inadequate security due to staffing shortages, dilapidated physical structures resulting in unhygienic living conditions, and continuous use of unsanitary bedding leading to the spread of contagious diseases and infestations, including lice. *Doc. No. 1*.

While Plaintiff Jason Hall filed an application to proceed in this action *in forma pauperis*, the other named plaintiffs have neither submitted the $350.00 filing fee nor a motion for leave to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915. The Prison Litigation Reform Act of 1996, however, requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194,

1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to join their claims in a single cause of action. *Id*. Accordingly, the Clerk of this court is hereby DIRECTED to:

    1. Open a separate civil action for each Plaintiff named in the instant complaint. The case number of the present cause of action shall be assigned to Plaintiff Jason Hall;

    2. Assign the newly opened cases to a Magistrate Judge and a District Judge in accordance with the Court's regular assignment procedures;

    3. Place a copy of the complaint filed by Plaintiffs in each newly opened case file; and

    4. Refer these case files to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing.

DONE this the 3rd day of June, 2014.

                                                    /s/ Mark E. Fuller
                                        UNITED STATES DISTRICT JUDGE